| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>04/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>80 North Hughey Avenue<br>Room 300<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2005 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. P.S.M. Holding, Inc. | Air travel, from Orlando, FL to Pierre, SD and return, 10/22/2005 and 10/25/2005 | $ 500.00 |
| 2. P.S.M. Holding, Inc. | Air travel, from Orlando, FL to Rio Piedra, GA, 12/27/2005 and 12/29/2005 | $ 200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | J | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) | | | | | | | | | |
| 5. Nuveen Mun. Value Fund | B | Interest | K | T | | | | | |
| 6. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 7. MSDW Growth Fund | | None | | | Sell | 4/1 | J | A | |
| 8. MSDW Info. Fund | | None | | | Sell | 4/1 | J | A | |
| 9. MSDW Europe Equity Fund | A | Dividend | | | Sell | 4/1 | J | A | |
| 10. MSDW Div. Growth Fund | A | Dividend | J | T | | | | | |
| 11. Real Estate Fund | B | Dividend | J | T | | | | | |
| 12. Cape Coral Bd. | A | Interest | J | T | | | | | |
| 13. Quality Income Tr. | A | Interest | | | Sell | 4/1 | J | A | |
| 14. US Treas Bd. | | None | K | T | | | | | |
| 15. I Shares Emer. Mkt | A | Dividend | J | T | Buy | 5/10 | J | | |
| 16. I Shares Gold Sachs NR | A | Dividend | J | T | Buy | 5/10 | J | | |
| 17. I Shares MSCI-EAFE | A | Dividend | J | T | Buy | 5/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 5/10 | J | | |
| 19. I Shares Russ. 1000 | A | Dividend | J | T | Buy | 5/10 | J | | |
| 20. Amex S&P 500 | A | Dividend | J | T | Buy | 6/22 | J | | |
| 21. | | | | | | | | | |
| 22. Brokerage Account (MS-CB) | | | | | | | | | |
| 23. Nuveen Mun. Value Fund | A | Dividend | J | T | | | | | |
| 24. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 25. MSDW Growth Fund | | None | J | T | | | | | |
| 26. MSDW Global Div. Gr. | A | Dividend | J | T | | | | | |
| 27. MSDW Div. Gr. Fund | A | Dividend | J | T | | | | | |
| 28. Quality Inc. Trust | A | Dividend | J | T | | | | | |
| 29. Putnam U.S. Gov't | A | Dividend | J | T | | | | | |
| 30. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 31. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 32. I Shares Russell 2000 Gr. | | None | | | Sell | 3/10 | J | A | |
| 33. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 34. I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 36. Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |
| 37. Franklin Real Estate | A | Dividend | J | T | | | | | |
| 38. Allianz Sm. Cap (Note 1) | A | Dividend | J | T | | | | | |
| 39. Putnam U.S. Gov't | A | Dividend | J | T | | | | | |
| 40. Templeton Foreign Fd. | A | Dividend | J | T | | | | | |
| 41. Amex 500 Index | A | Dividend | J | T | | | | | |
| 42. Bank CD | A | Interest | L | T | | | | | |
| 43. Hernando Cty Bd. | A | Interest | J | T | | | | | |
| 44. Hillsborough Cty Bd. | A | Interest | J | T | | | | | |
| 45. Ocala W&S Bd. | A | Interest | J | T | | | | | |
| 46. St. Johns Cty Bd. | A | Interest | J | T | | | | | |
| 47. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 3/10 | J | | |
| 48. I Shares MSCI Emer. | A | Dividend | J | T | Buy | 3/10 | J | | |
| 49. I Shares Lehman | A | Dividend | J | T | Buy | 3/10 | J | | |
| 50. I Shares Goodman Sachs | A | Dividend | J | T | Buy | 3/10 | J | | |
| 51. I Shares MSCI EAFE | A | Dividend | J | T | Buy | 3/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity NASDAQ | A | Dividend | J | T | Buy | 3/10 | J | | |
| 53. | | | | | | | | | |
| 54. STI Tax Exempt Bd. Fund | C | Dividend | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. Vanguard Account (GP) | | | | | | | | | |
| 57. Prime MM Fund | A | Dividend | J | T | | | | | |
| 58. Total Bond Mkt. | B | Dividend | K | T | | | | | |
| 59. Fl. Tax Exempt | B | Dividend | K | T | Buy | 3/14 | J | | |
| 60. Tax-Managed Bal. Fd. | B | Dividend | K | T | | | | | |
| 61. Asset Allocation Fd. | A | Dividend | K | T | | | | | |
| 62. Euro Stock Index | A | Dividend | J | T | | | | | |
| 63. Health Care | B | Dividend | K | T | | | | | |
| 64. Extended Market | A | Dividend | K | T | | | | | |
| 65. Pacific Stock Index | A | Dividend | J | T | | | | | |
| 66. REIT Index | B | Dividend | K | T | | | | | |
| 67. Sm Cap. Index | A | Dividend | K | T | Buy | 3/14 | J | | |
| 68. Tax-Managed G&I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tax-Managed Inter'l | A | Dividend | K | T | Buy | 3/14 | J | | |
| 70. Windsor II | B | Dividend | K | T | | | | | |
| 71. GNMA Fund | A | Dividend | J | T | | | | | |
| 72. Inter-Term Bd. Index | A | Dividend | J | T | | | | | |
| 73. Short-Term Bd. Index | A | Dividend | J | T | | | | | |
| 74. Strategic Equity Fd. | C | Dividend | K | T | Buy | 3/14 | J | | |
| 75. Emerging Mkt. Stock Index | A | Dividend | K | T | Buy | 3/14 | J | | |
| 76. | | | | | | | | | |
| 77. Vanguard Acct-JT | | | | | | | | | |
| 78. Mid-Cap | A | Dividend | J | T | Buy | 3/17 | J | | |
| 79. Prime MM Fd. | A | Dividend | J | T | | | | | |
| 80. GNMA Fund | A | Dividend | J | T | Buy | 4/13 | J | | |
| 81. Emerging Mkts Stock Index | A | Dividend | J | T | Buy | 3/17 | J | | |
| 82. Equity Income Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 83. Global Equity Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 84. 500 Index Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 85. REIT Index Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sm. Cap. Index Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 87. Total Stock Mkt. Index | A | Dividend | J | T | Buy | 4/13 | J | | |
| 88. Windsor II Fd. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 89. Total Bond Mkt. Index | A | Dividend | K | T | Buy | 5/27 | J | | |
| 90. Inflation Protected Sec. | A | Dividend | J | T | Buy | 5/27 | J | | |
| 91. Fl. L.T. Tax Ex. | A | Dividend | K | T | Buy | 5/27 | J | | |
| 92. Select Fal. Fd. | B | Dividend | K | T | Buy | 5/27 | K | | |
| 93. | | | | | | | | | |
| 94. Vanguard Annuity (CB) | | | | | | | | | |
| 95. Money Market | | None | J | T | Buy | 11/11 | J | | |
| 96. Total Bond Market | | None | J | T | Buy | 11/11 | J | | |
| 97. Short Term Corp. | | None | J | T | Buy | 11/11 | J | | |
| 98. Balanced | | None | J | T | Buy | 11/11 | J | | |
| 99. Diversified Value | | None | J | T | Buy | 11/11 | J | | |
| 100. Equity Income | | None | J | T | Buy | 11/11 | J | | |
| 101. Equity Index | | None | J | T | Buy | 11/11 | J | | |
| 102. Growth | | None | J | T | Buy | 11/11 | J | | |

1. Income Gain Codes:　　A =$1,000 or less　　B =$1,001 - $2,500　　C =$2,501 - $5,000　　D =$5,001 - $15,000　　E =$15,001 - $50,000
(See Columns B1 and D4)　F =$50,001 - $100,000　G =$100,001 - $1,000,000　H1 =$1,000,001 - $5,000,000　H2 =More than $5,000,000
2. Value Codes　　J =$15,000 or less　　K =$15,001 - $50,000　　L =$50,001 - $100,000　　M =$100,001 - $250,000
(See Columns C1 and D3)　N =$250,001 - $500,000　O =$500,001 - $1,000,000　P1 =$1,000,001 - $5,000,000　P2 =$5,000,001 - $25,000,000
3. Value Method Codes　P3 =$25,000,001 - $50,000,000　R =Cost (Real Estate Only)　P4 =More than $50,000,000　T =Cash Market
(See Column C2)　　Q =Appraisal　　V =Other　　S =Assessment
　　　U =Book Value　　　W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mid-Cap Index | | None | J | T | Buy | 11/11 | J | | |
| 104. REIT Index | | None | J | T | Buy | 11/11 | J | | |
| 105. Small Co. Growth | | None | J | T | Buy | 11/11 | J | | |
| 106. International | | None | J | T | Buy | 11/11 | J | | |
| 107. | | | | | | | | | |
| 108. _____ Trust (Inc. Beneficiary) | | None | | | Distribution | 1/8 | L | F | |
| 109. | | | | | | | | | |
| 110. Boggy Creek Ltd.-Orange County, FL | | None | J | W | | | | | |
| 111. Jetport Ltd., Orange County, FL | E | Distribution | M | W | | | | | |
| 112. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 113. Airport Industrial, Ltd., Orange County, FL | A | Distribution | M | W | | | | | |
| 114. | | | | | | | | | |
| 115. IRA (MS-CB) | | | | | | | | | |
| 116. MSDW Growth Fund | | None | | | Sell | 4/1 | J | A | |
| 117. MSDW Global Div. Growth Fund | A | Dividend | J | T | | | | | |
| 118. MSDW Hi Yield | A | Dividend | | | Sell | 4/1 | J | A | |
| 119. MSDW Global Advantage Fd. | | None | | | Sell | 4/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 121. MSDW European Equity | | None | | | Sell | 4/1 | J | A | |
| 122. MSDW Div. Growth | B | Dividend | J | T | | | | | |
| 123. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 124. Real Estate Fund | B | Dividend | J | T | | | | | |
| 125. Amex S&P 500 | A | Dividend | J | T | Buy | 5/19 | J | | |
| 126. I Shares MSCI-EAFE | A | Dividend | J | T | Buy | 5/19 | J | | |
| 127. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 128. I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 129. I Shares Russell 2000 Index | A | Dividend | K | T | Buy | 5/19 | J | | |
| 130. Pimco High Yield | A | Dividend | J | T | | | | | |
| 131. Pimco Total Return | A | Dividend | J | T | | | | | |
| 132. Putnam Int'l Gr. | | | | | | | | | |
| 133. I Shares Emer. Mkt. | A | Dividend | J | T | Buy | 5/19 | J | | |
| 134. I Shares Goldman NR | A | Dividend | J | T | Buy | 5/19 | J | | |
| 135. I Shares Trust Lehman | A | Dividend | J | T | Buy | 5/19 | J | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA (NFS-GP) (Note 2) | | | | | | | | | |
| 138. Franklin Mtg Portfolio | D | Dividend | M | T | | | | | |
| 139. Torray Fund | A | Dividend | | | Sell | 4/13 | L | B | |
| 140. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 141. Fidelity Real Estate | A | Dividend | K | T | Part sell | 4/13 | K | D | |
| 142. Clipper | A | Dividend | | | Sell | 10/18 | L | D | |
| 143. JP Morgan RE (Note 3) | A | Dividend | K | T | Part sell | 4/13 | K | D | |
| 144. Wilshire Lg. Gr. | A | Dividend | M | T | Part sell | 6/7 | J | A | |
| 145. Dreyfus Emer. Mkt. | A | Dividend | L | T | | | | | |
| 146. Neuberger | A | Dividend | J | T | Part sell | 4/14 | K | A | |
| 147. Harbor Int'l | C | Dividend | M | T | Buy | 6/6 | L | | |
| 148. 1 Shares Russell 1000 Val. | B | Dividend | L | T | | | | | |
| 149. Pimco Emerg. Mkts. Bd. | B | Dividend | K | T | Buy | 6/6 | J | | |
| 150. T. Rowe Price Int'l Bd. | B | Dividend | L | T | Buy | 6/6 | K | | |
| 151. SEI High Yield | B | Dividend | J | T | Part Sell | 4/13 | K | A | |
| 152. U.S. Treas. | A | Interest | L | T | | | | | |
| 153. U.S. Treas. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. U.S. Treas. | B | Interest | K | T | | | | | |
| 155. U.S. Treas. | B | Interest | K | T | | | | | |
| 156. Vanguard Explorer | A | Dividend | K | T | | | | | |
| 157. Wilshire Lg. Gr. | | None | M | T | | | | | |
| 158. I Shares Russell 200 Val. | B | Dividend | L | T | | | | | |
| 159. I Shares TIPS | B | Dividend | K | T | Buy | 6/6 | K | | |
| 160. Pimco Real Return | D | Dividend | L | T | | | | | |
| 161. Ishs DJ Div. Index | A | Dividend | L | T | Buy | 10/18 | L | | |
| 162. Ishs Goldman Sachs | B | Dividend | K | T | Buy | 4/13 | K | | |
| 163. | | | | | | | | | |
| 164. AS&E PS Acct. (CB) (Note 4) | | | | | | | | | |
| 165. Montag & Caldwell Growth Fund | | | K | T | | | | | |
| 166. SunTrust Stable Asset Fund | | | J | T | | | | | |
| 167. Templeton Inst. For Eq. | | | K | T | | | | | |
| 168. T. Rowe Price Mid. Cap. | | | K | T | | | | | |
| 169. Franklin Sm. Cap. Growth | | | K | T | | | | | |
| 170. Dreyfus Mid Cap | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Franklin Bal Sheet | | | K | T | | | | | |
| 172. Pimco Total Return | | | L | T | | | | | |
| 173. Oppenheimer Dev. Mkt. | | | K | T | | | | | |
| 174. Artisan Int'l | | | K | T | | | | | |
| 175. Oakmark Fund | | | L | T | | | | | |
| 176. Vanguard 500 Index | | | K | T | Buy | 3/31 | K | | |
| 177. | | | | | | | | | |
| 178. NFS (JT) | | | | | | | | | |
| 179. Fidelity U.S. Gov't Reserves (Cash) | A | Dividend | K | T | | | | | |
| 180. Dade County Bond | A | Interest | J | T | | | | | |
| 181. West Palm Beach Bond | A | Interest | K | T | | | | | |
| 182. Hillsborough County Bond | A | Interest | J | T | | | | | |
| 183. Torray Fund | A | Dividend | | | Sell | 12/15 | K | | |
| 184. SEI Sm. Cap. | A | Dividend | J | T | | | | | |
| 185. South Broward Hosp. Bd. | A | Interest | J | T | | | | | |
| 186. 1 Shares Russell 100 Val | A | Dividend | K | T | | | | | |
| 187. I Shares Russell 1000 Gr. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000. | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 189. Miami Dade Bond (Note 5) | | | | | | | | | |
| 190. Royce Low Price | A | Dividend | J | T | | | | | |
| 191. Fidelity R.E. | A | Dividend | K | T | | | | | |
| 192. Dreyfus Emer. Mkt. | A | Dividend | J | T | Buy | 4/13 | J | | |
| 193. Harbor Int'l | A | Dividend | K | T | | | | | |
| 194. I Shares Cohen & Steers | A | Dividend | J | T | | | | | |
| 195. I Shares Russ 2000 | A | Dividend | J | T | Buy | 4/13 | J | | |
| 196. I Shares S&P Mid-Cap 400 | A | Dividend | J | T | Buy | 4/13 | J | | |
| 197. Pimco Emer. Mkt. Bd. | A | Dividend | J | T | | | | | |
| 198. T. Rowe Price Int'l Bd. | A | Dividend | J | T | Buy | 4/13 | J | | |
| 199. Vanguard Inter. Tax Ex. | A | Dividend | K | T | | | | | |
| 200. I Shares Goldman NR | A | Dividend | J | T | Buy | 4/13 | J | | |
| 201. I Shares TIP Bd. | B | Dividend | K | T | Buy | 4/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes:

1. Name Change.

2. In 2004, I transferred an "M" amount of this IRA as a gift to support a scholarship fund for students at my alma mater. I no longer own a beneficial interest in this separate account.

3. Name change.

4. This is an employer-managed account. I do not receive information regarding income, gains or losses. Contributions are reported quarterly.

5. Duplicate entry of Line 180.

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████  Date___ 4/28/06

NOTE: ANY ███████████████████████ NGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544